IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

RECEIVED
FEB 25 2020
CLERK OF DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 1:20-cr-007 |
| v. | INDICTMENT |
| JOHN RANDALL PARSON, | T. 18, U.S.C. §§ 922(g)(1), (j) |
| | T. 18, U.S.C. §§ 924(a)(2), (d) |
| Defendant. | T. 28, U.S.C. § 2461(c) |

**THE GRAND JURY CHARGES:**

## COUNT 1
**(Felon in Possession of a Firearm and ammunition)**

On or about January 28, 2020, in the Southern District of Iowa, the defendant, JOHN RANDALL PARSON, in and affecting commerce, knowingly possessed a firearm and/or ammunition, namely: a Taurus Judge, .410/45, revolver, with serial number KY360252; and 24 Winchester- .410 birdshot rounds and 5 -.410 slug rounds, having previously been convicted of a crime with a potential term of imprisonment exceeding one year. At the time of the offense, the defendant had been convicted of a crime punishable by imprisonment for a term exceeding one year, and knew of this conviction.

This is a violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 2
**(Possession of a Stolen Firearm)**

On or about January 28, 2020, in the Southern District of Iowa, the defendant, JOHN RANDALL PARSON, did knowingly possess or store a firearm knowing and

1

having reasonable cause to believe the firearm was stolen, namely: a Taurus Judge, .410/45, revolver, with serial number (KY360252). The firearm had been shipped and transported in interstate commerce.

This is a violation of Title 18, United States Code, Sections 922(j) and 924(a)(2).

**THE GRAND JURY FINDS:**

## NOTICE OF FORFEITURE

Upon conviction for the offenses alleged in Counts 1 and 2 of this Indictment, the defendant, JOHN RANDALL PARSON shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), all firearms, magazines, and ammunition involved in the commission of said offenses, including, but not limited to, the firearm and ammunition identified in Counts 1 and 2 of this Indictment.

**A TRUE BILL.**

_____<br>FOREPERSON

Marc Krickbaum
United States Attorney

By: _____
Kerrie L. Snyder
Special Assistant United States Attorney